ORIGINAL

GLADE L HALL, Esq.
Nevada Bar #1609
105 Mt. Rose St.
Reno, Nevada 89509

(775) 324-6447

Attorney for Plaintiff, RENWICK P. RUSSEL

FILED
OCT - 4 2005
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

RENWICK P. RUSSEL, Plaintiff,

vs.

UNITED STATES OF AMERICA, Defendant.

No. 05-1175L

**COMPLAINT**

RENWICK P. RUSSEL, plaintiff in the above captioned action, hereby alleges as follows:

**JURISDICTION**

1. 28 U.S.C. Section 1491 provides that this Court shall have jurisdiction over any claim against the United States founded either upon the Constitution, or any Act of Congress or any regulation of an executive department, or upon any express or implied contract with the United States, inter alia. Jurisdiction over this matter is conferred by such section 1491 in that:

(A.) Defendant is the United States of America;

(B.) The acts of the defendant alleged below are a taking of property within the

meaning of the Fifth Amendment of the Constitution of the United States for which compensation is due and owing. The cause of action, herein, is founded upon the Constitution of the United States. The provisions of the just compensation clause of the Fifth Amendment are self-executing, and the remedy established is the payment of just compensation.

( C.) No action is being taken on this claim in any other tribunal or body.

**PARTIES**

2. Plaintiff, RENWICK P. RUSSEL, is a citizen of the United States of America and is the owner of a patented mining claim located in the Fairview Mining District, Churchill County, Nevada.

3. Defendant, United States of America, by and through its Department of Defense, United States Navy, and pursuant to the Military Lands Withdrawal Act of 1999 (PL-106-65) has permanently prevented access to such mining claims.

**STATUTES AND REGULATIONS AT ISSUE**

4. The federal statute directly at issue is the Military Lands Withdrawal Act of 1999 (PL-106-65).

**GENERAL ALLEGATIONS**

5. Plaintiff is the owner of a patented mining claims located in the FAIRVIEW MINING DISTRICT, CHURCHILL COUNTY, NEVADA and commonly referred to as the Florence #3, County Parcel #000-092-99, Survey #2668, mining claim.

6. Pursuant to the provisions of the Military Lands Withdrawal Act of 1999 (PL-106-65), access to such claims has been permanently prohibited.

7. Such permanent denial of access to such mining claims constitutes a taking of those claims, within the meaning of the Fifth Amendment to the United States Constitution, for which compensation is due .

**DAMAGES**

8. As a direct and proximate result of the aforesaid denial of access, Plaintiff has sustained damages and is entitled to compensation in the amount of $70,000.00.

9. Plaintiff is, further, entitled to interest on such compensation from the date of permanent taking as determined by the Court and interest on the judgment entered by the Court.

**WHEREFORE**, Plaintiff respectfully prays for a judgment against the United States of America setting forth an award of just compensation to Plaintiff for the taking of property alleged hereinabove in the amount of $70,000.00, with interest thereon, or in such amount as is proven at trial; and

That the Court grant such other relief as it deems proper.

Dated this 2nd day of Novemberl, 2005.

GLADE L HALL, Esq.
Nevada Bar No. 1609
105 Mt. Rose St.
Reno, Nevada 89509

Tele. (775) 324-6447
FAX (775) 324-5387