GLADE L HALL, Esq.
Nevada Bar #1609
105 Mt. Rose St.
Reno, Nevada 89509
(775) 324-6447

Attorney for Plaintiff, GEORGE D. DUFFY

FILED
NOV - 4 2005
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

RENWICK P. RUSSEL,
Plaintiff,
vs.
UNITED STATES OF AMERICA,
Defendant.

No. 05-1175L

**NOTICE OF RELATED CLAIMS**

PLEASE TAKE NOTICE that the claim filed herewith is related to the matters of Roth v. U.S., No. 05-367L; Hoey, et al. v. U.S, No. 05-484L; Janet C. Ross v. U.S., No. 05-1083 L; Relf L. Hudleston v. U.S., No. 05-537 L; and Catherine Paulsen v. U.S., No. 05-1082 L, in that the taking action of the U.S. is the same and the mining claim for which compensation is claimed is located in the same mining district.

Dated this 2nd day of November, 2005.

GLADE L HALL, Esq.
Nevada Bar No. 1609
105 Mt. Rose St.
Reno, Nevada 89509

Tele. (775) 324-6447 FAX (775) 324-5387