**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RENWICK P. RUSSEL,** | ) | |
| **Plaintiffs,** | ) | **No. 05-1175 L** |
| **v.** | ) | |
| | ) | **Honorable Emily C. Hewitt** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearance of Kelle S. Acock as counsel for Defendant United States of America in the above-referenced action. Service of all papers by U.S. Mail should be addressed as follows:

Kelle S. Acock
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0428 (phone)
(202) 305-0506 (fax)

Overnight and hand deliveries should be addressed to:

Kelle S. Acock
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice

Room 3131

601 D Street, NW
Washington, D.C. 20004

Dated: December 9, 2005

Respectfully submitted,

s/ Kelle S. Acock

Kelle S. Acock
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0428 (phone)
(202) 305-0506 (fax)
kelle.acock@usdoj.gov