# In the United States Court of Federal Claims

No. 05-1175 L
(E-Filed: December 15, 2005)

RENWICK P. RUSSEL,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is defendant's Motion to Consolidate this action into the action of Roth v. United States, No. 05-1173 L into which has been consolidated Nos. 05-484 L and 05-537 L. Based on the representations contained in defendant's motion, the motion to consolidate is GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge